01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  SARAH D. F. HANSEN,                    )
                                           )   CASE NO. C12-2005-MJP-MAT
10           Plaintiff,                    )
                                           )
11           v.                            )
                                           )   REPORT AND RECOMMENDATION
12  CAROLYN W. COLVIN, Acting              )
    Commissioner of Social Security,       )
13                                         )
             Defendant.                    )
14  _____  )

15         Plaintiff brought this action to seek judicial review of the denial of her application for

16  disability benefits by the Commissioner of the Social Security Administration.  The parties

17  have now stipulated that this case should be reversed and remanded.  (Dkt. 16.)

18         Based on the stipulation of the parties, the Court recommends this case be REVERSED

19  and REMANDED for further administrative proceedings pursuant to sentence four of 42

20  U.S.C. § 405(g).  The parties stipulate that, on remand, the Administrative Law Judge will: (1)

21  hold a *de novo* hearing and plaintiff may raise any issue; (2) obtain updated treatment records;

22  (3) reevaluate plaintiff's mental and physical impairments, including the alleged impairments

REPORT AND RECOMMENDATION
PAGE -1

of chronic fatigue syndrome and fibromyalgia; (4) reevaluate the medical opinions of treating and consultative sources, including those of Martin P. Ross, M.D.; George Diaz, M.D.; and Robert Hoskins, M.D.; (5) if warranted, obtain medical expert testimony regarding plaintiff's impairments and limitations; (6) reevaluate plaintiff's credibility and residual functional capacity (RFC); and (7) continue the sequential evaluation process, obtaining supplemental vocational expert testimony and presenting a hypothetical question to a vocational expert that is consistent with the RFC finding.   Upon proper presentation, the Court will consider plaintiff's application for attorney's fees and expenses under 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   A proposed order accompanies this Report and Recommendation.

DATED this 9th day of May, 2013.

Mary Alice Theiler
United States Magistrate Judge