UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH D. HANSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C12-2005-MJP<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  (Dkt. 16.)   It is therefore ORDERED:

(1)　The Court adopts the Report and Recommendation;

(2)　The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 13th day of May, 2013.

_____
Marsha J. Pechman
United States District Judge

ORDER OF REMAND
PAGE -1